Patrick D. Webb, Esq. State Bar No. 82857
**WEBB & CAREY**
402 West Broadway Ste 1230
San Diego CA 92101
Tel 619-236-1650
Fax 619-236-1283

Attorneys for Plaintiffs

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER J. ROSALES, *et al.*, | Case No. 2:20-cv-00521-KJM-KJN |
| Plaintiffs, | **STIPULATION AND ORDER FOR: (1) CONTINUING RESPONSE TO FIRST AMENDED COMPLAINT, AND (2) SETTING BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the deadline for responding to the First Amended Complaint ("FAC," ECF 14) shall be continued from September 30 to October 9, 2020.

In the event that Defendants file a motion in response to the FAC, they shall set the motion for a hearing on December 11, 2020.  Any opposition shall be filed no later than November 24, 2020, and any reply shall be filed no later than December 4, 2020.

The reasons for this Stipulation are to allow sufficient time for Defendants to respond to the FAC, to allow counsel to meet and confer regarding service of process, and to accommodate counsel's travel schedule vis-à-vis any potential motion hearing.

Dated: September 29, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants

Dated: September 29, 2020

WEBB & CAREY

By: /s/ Patrick D. Webb    (authorized 9/29/2020)
PATRICK D. WEBB

Attorneys for Plaintiffs

**IT IS SO ORDERED**

This order resolves ECF No. 17.

Dated:  October 1, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

1